**E-Filed 2/22/10**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JAMES FREDDIE CAVITT,<br><br>          Petitioner,<br><br>   v.<br><br>JEANNE S. WOODFORD, Warden,<br><br>          Respondent. | Case Number C 05-3064 JF<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR ORAL ARGUMENT AND SETTING HEARING |

Petitioner's request for oral argument is GRANTED. The matter is set for hearing on May 14, 2010, at 9:00 a.m. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

Dated: 2/22/10

                                                  _____
                                                  JEREMY FOGEL
                                                  United States District Judge

Case No. C 05-3064 JF
ORDER GRANTING PETITIONER'S REQUEST FOR ORAL ARGUMENT ETC.
(JFLC2)