\*\*E-Filed 6/18/10\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES FREDDIE CAVITT,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>JEANNE S. WOODFORD, Director, California Department of Corrections,<br><br>　　　　　　　Respondent. | Case Number C 05-3064 JF<br><br>**ORDER[1] GRANTING PETITIONER'S MOTION TO APPOINT COUNSEL** |

　　　Good cause appearing, the Court will grant Petitioner's request for the appointment of Neil Rosenbaum as counsel, effective May 6, 2010, the date Petitioner filed his request.

DATED: 6/18/2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.