**E-Filed 9/1/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAMES FREDDIE CAVITT,<br><br>          Petitioner,<br><br>v.<br><br>VINCE CULLEN, Warden,<br><br>          Respondent. | Case Number C 05-3064 JF<br><br>**JUDGMENT** |

The Court having denied on the merits the petition for writ of habeas corpus, Judgment is hereby entered for Respondent and against Petitioner.

Dated: 9/1/2010

_____
JEREMY FOGEL
United States District Judge

Case No. C 05-3064 JF
ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(JFLC3)
1